# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

April 13, 2021

**VIA ECF**

Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

        Re:    *David Lopez v. Nelson Management Group, Ltd., et al.*,
                Case No. 1:21-cv-00865 (JMF)

Dear Judge Furman:

      This firm represents the Defendants in the above-referenced action. Pursuant to Sections 1.A and 1.E of Your Honor's Individual Rules and Practices, we respectfully seek, on consent, an adjournment of the initial pretrial conference currently scheduled in this matter for Wednesday, May 5, 2021 at 3:15 pm until Monday, June 7, 2021 at 3:15 pm, or another date and time as soon thereafter as may be convenient for this Court.

      This is the first request by any party for an adjournment of the initial pretrial conference. Pursuant to this Court's Order, entered February 1, 2021, Dkt. 5, the parties were referred to Magistrate Judge Aaron for settlement purposes and directed to participate in a mediation conference to be held no later than two weeks before the initial pretrial conference. While Magistrate Judge Stewart Aaron scheduled a conference in this matter for Wednesday, April 21, 2021, one of Defendants' officers who will participate in the mediation has advised that he will not be available on April 21 as originally scheduled.

      Accordingly, and to permit the parties time to reschedule and prepare for a mediation conference with Magistrate Judge Aaron, Defendants request that the Court adjourn the initial pretrial conference through at least June 7, 2021, as well extend the other interim deadlines set forth in this Court's February 1 Order, including the deadlines to hold the Rule 16 conference and submit the parties' joint letter, commensurate with the rescheduled initial pretrial conference date. We have conferred with counsel for Plaintiff, who consents to this application. We thank the Court for its consideration of this request.

                                              Respectfully Submitted,

                                              CLIFTON BUDD & DeMARIA, LLP
                                              *Attorneys for Defendants*

                               By:    Stephen P. Pischl

**CLIFTON BUDD & DEMARIA, LLP**

Hon. Jesse M. Furman, U.S.D.J.
April 13, 2021
Page 2

cc:  **VIA ECF**
  Honorable Stewart D. Aaron
  United States Magistrate Judge
  United States District Court
  Southern District of New York

  ABDUL HASSAN LAW GROUP, PLLC
  *Attorneys for the Plaintiffs*

The Application is GRANTED.  The initial pretrial conference, currently scheduled for May 5, 2021, is hereby RESCHEDULED for **June 16, 2021, at 4:30 p.m**.  The parties are reminded that no later than the Thursday prior to the conference, they must submit joint materials described at ECF No. 5.  The Clerk of Court is directed to terminate ECF No. 13.  SO ORDERED.

*[signature]*
April 14, 2021