UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Lopez,

                          Plaintiff,

-against-

Nelson Management Group LTD et al.,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/2021

1:21-cv-00865 (JMF) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    In view of Defendants' statement in their April 13, 2021 Letter Motion (ECF No. 13) that one of Defendants' officers will not be available for the settlement conference on April 21, 2021, and District Judge Furman's subsequent extension of the applicable deadline for such conference to occur (*see* Order, ECF No. 14), it is hereby Ordered that the settlement conference scheduled for April 21, 2021 is adjourned *sine die*.

    No later than Thursday, April 22, 2021, the parties shall file a joint letter setting forth at least three alternative dates for the settlement conference to occur.

**SO ORDERED.**

DATED:    New York, New York
               April 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge