# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

June 7, 2021

**VIA ECF**
Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:    *David Lopez v. Nelson Management Group, Ltd., et al.*,
              Case No. 1:21-cv-00865 (JMF)

Dear Judge Furman:

      This firm represents the Defendants in the above-referenced action. Pursuant to Sections 1.A and 1.E of Your Honor's Individual Rules and Practices, we respectfully seek, on consent, an adjournment of the initial pretrial conference in this matter until Wednesday, August 11, 2021 at 4:30 p.m., or another date and time as soon thereafter as may be convenient for this Court.

      This is the second request by any party for an adjournment of the initial pretrial conference, originally scheduled for May 5, 2021. *See* Dkt. 5. Pursuant to this Court's Order scheduling the initial conference, the parties were directed to participate in a mediation conference to be held no later than two weeks before the initial pretrial conference, although a conflict prevented the parties from participating in mediation within that schedule. Since the prior application, the parties have requested referral to the Southern District's court-annexed Mediation Program, a mediator has been assigned and the parties have agreed to schedule a mediation conference for July 22, 2021 at 10:00 am.

      Accordingly, to permit the parties to attempt to mediate their dispute before commencing formal discovery, and in light of this Court's Order, entered today, *see* Dkt. 22, advising that the Court will not hold the initial conference as rescheduled for June 16, 2021 and will instead hold the initial conference by telephone, albeit perhaps at a different time, Defendants request that the Court adjourn any initial pretrial conference through at least Wednesday, August 11, 2021. Defendants also request that the other interim deadlines set forth in this Court's February 1 Order, including the deadlines to hold the Rule 16 conference and submit the parties' joint letter, be extended commensurate with any rescheduled initial pretrial conference date.

      We have conferred today with counsel for Plaintiff, who consents to this application.

We thank the Court for its consideration of this request.

    Respectfully Submitted,

    CLIFTON BUDD & DEMARIA, LLP
    *Attorneys for Defendants*

By:   Stephen P. Pischl

cc: **VIA ECF**
    Honorable Stewart D. Aaron
    United States Magistrate Judge
    United States District Court
    Southern District of New York

    ABDUL HASSAN LAW GROUP, PLLC
    *Attorneys for the Plaintiffs*

The initial pretrial conference, currently scheduled for June 16, 2021, is hereby RESCHEDULED for **August 11, 2021, at 4:30 p.m.** The Clerk of Court is directed to terminate ECF No. 23. SO ORDERED.

June 8, 2021