# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                         Tel: 718-740-1000
Email: abdul@abdulhassan.com                          Fax: 718-740-2000
*Employment and Labor Lawyer*                          Web: www.abdulhassan.com

**August 2, 2021**

**Via ECF**

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel:  212-805-0282

<u>Re: Lopez v. Nelson Management Group LTD. et al</u>
Case No.  21-CV-00865 (JMF)(SDA)
Motion to Adjourn Conference

Dear Judge Furman:

      My firm represents plaintiff in the above-referenced action. I respectfully write to request an adjournment of the August 11, 2021 initial conference and related deadlines to a date after August 23, 2021. This request is being made because the parties are currently scheduled for mediation on August 23, 2021 through the Court's mediation program. If the case is settled, we will promptly notify the Court.

      We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**  Defense Counsel via ECF

---

The initial pretrial conference, currently scheduled for August 11, 2021, is rescheduled for **August 31, 2021, at 4:45 p.m.**  The Clerk of Court is directed to terminate ECF No. 29.  SO ORDERED.

*[signature: Jesse Furman]*

August 4, 2021