UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
DAVID LOPEZ, :
:
                Plaintiff, :
: 21-CV-0865 (JMF)
    -v- :
:
:
NELSON MANAGEMENT GROUP LTD., et al., :
:
                Defendants. :
:
:
:
-------------------------------------------------------------------- :
:
LAFAYETTE-BOYNTON APARTMENT CORP., et al., :
:
                Plaintiffs, :
: 21-CV-7997 (JMF)
    -v- :
: ORDER
:
DAVID LOPEZ, :
:
                Defendant. :
:
:
-------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that the parties in these related cases appear for a conference with the Court on **October 6, 2021,** at **4:00 p.m.**  The parties should be prepared to discuss whether the cases should be consolidated and other next steps.

      The conference will be held remotely by telephone in accordance with Rule 2(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of

counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

SO ORDERED.

Dated: October 1, 2021
      New York, New York

                                              JESSE M. FURMAN
                                       United States District Judge