UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
 
DAVID LOPEZ,

    Plaintiff,

 -v-

NELSON MANAGEMENT GROUP LTD., et al.,

    Defendants.

21-CV-0865 (JMF)

------------------------------------------------------------------

LAFAYETTE-BOYNTON APARTMENT CORP., et al.,

    Plaintiffs,

 -v-

DAVID LOPEZ,

    Defendant.

21-CV-7997 (JMF)

ORDER

------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

 As stated on the record during the teleconference held earlier today:

- Plaintiffs in *Lafayette-Boynton Apartment Corp. v. Lopez*, 21-CV-7997, shall file any motion for remand by **October 22, 2021**. Defendant Lopez shall file any opposition by **November 5, 2021**, and Plaintiffs shall file any reply by **November 12, 2021**.

- All dates and deadlines in *Lopez v. Nelson Mgmt. Grp. Ltd.*, 21-CV-0865, remain in effect.

 SO ORDERED.

Dated: October 6, 2021
   New York, New York

                  _____
                  JESSE M. FURMAN
                  United States District Judge