UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DAVID LOPEZ, :
:
Plaintiff, :
: 21-CV-865 (JMF)
-v- :
: ORDER
NELSON MANAGEMENT GROUP LTD. et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 11, 2022, the Court granted the parties' joint request to stay all dates and deadlines in this case pending resolution of the motion for remand in 21-CV-7997.  *See* ECF No. 39.  Earlier today, the Court issued a Memorandum Opinion and Order remanding that case back to New York Supreme Court.  *See* No. 21-CV-7997, ECF No. 17.  In light of the foregoing, the parties shall, no later than **July 5, 2022**, file a joint letter indicating their views on how to proceed in this case.  In the letter, the parties shall also jointly (or if the parties are unable to reach agreement, individually) propose new deadlines for discovery.

      SO ORDERED.

Dated: June 28, 2022
      New York, New York
                                                    JESSE M. FURMAN
                                                    United States District Judge